# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
### 100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 10, 2018

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re:  Case No. 18-1076, *Jerry VanDiver v. Corizon, et al*
Originating Case No. : 2:16-cv-13926

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc:  Mr. Ronald W. Chapman Sr.
Mr. Joseph Yung-Kuang Ho
Ms. Carly Ann Van Thomme
Mr. Jerry VanDiver

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

No: 18-1076

---

Filed: August 10, 2018

JERRY VANDIVER

      Plaintiff - Appellant

v.

CORIZON; MICHIGAN DEPARTMENT OF CORRECTIONS BUREAU OF HEALTH CARE
SERVICES; STATE OF MICHIGAN

      Defendants - Appellees

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 07/19/2018 the mandate for this case hereby

issues today.

COSTS:  None